```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      JACKSON DIVISION
```

JOHNNY LEE HEMPHILL, #40222                              PLAINTIFF

VERSUS                          CIVIL ACTION NO.  3:06cv471HTW-LRA

CHRISTOPHER B. EPPS, JOHNNY CROCKETT,
SANDRA SMOOT, AND MARY MCDONALD                          DEFENDANT

## **FINAL JUDGMENT**

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed as frivolous, pursuant to 28 U.S.C. section 1915(e)(2)(B)(i), with prejudice, and will count as a strike pursuant to 28 U.S.C. § 1915(g).

SO ORDERED AND ADJUDGED, this the 21st day of September, 2006.

                              s/ HENRY T. WINGATE
                              CHIEF UNITED STATES DISTRICT JUDGE